IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TERRELL L. MCGHEE,<br><br>　　　　　Defendant. | 8:09CR31<br><br>**ORDER** |

Defendant Terrell L. McGhee appeared before the court on August 14, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [155]. Defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the government was represented by Assistant U.S. Attorney Thomas J. Kangior. Defendant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). The government moved for detention. Defendant is in the custody of authorities for the State of Nebraska. Therefore, the government's oral motion for detention should be held in abeyance.

I find that the Petition [155] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing on the Petition for Warrant or Summons for Offender Under Supervision [155] will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on October 4, 2018, at 1:30 p.m. Defendant must be present in person.

2. The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending Defendant coming into federal custody.

3. The U.S. Marshal is authorized to return Defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of Defendant.

Dated this 14th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge